IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHERYL ANNE POWELL,

      Plaintiff,

v.                                                                                                  No. CV 20-1272 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

      Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 27), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse the Administrative Law Judge (ALJ's) Unfavorable Decision Dated April 20, 2020, or Alternatively, to Remand the Case Back to the Administrative Law Judge,* (Doc. 21), shall be **DENIED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.